No. 6215. EARLEY v. CALIFORNIA ET AL. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 6218. RODRIGUEZ v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 6220. MILLER v. MARYLAND. Ct. Sp. App. Md. Certiorari denied.

No. 6222. WILKENS v. MARYLAND. Ct. Sp. App. Md. Certiorari denied.

No. 6238. THOMPSON v. NELSON, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 6240. SCHROEDER v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 6241. CONKLIN v. WAINWRIGHT, CORRECTIONS DIRECTOR. C. A. 5th Cir. Certiorari denied.

No. 6242. DAVIS v. WASHINGTON. Ct. App. Wash. Certiorari denied.

No. 6245. WALKER v. CARDWELL, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 6246. PADILLA v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 6248. McDOWELL v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 6260. MENDOZA v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 6271. MOODY v. BETO, CORRECTIONS DIRECTOR. C. A. 5th Cir. Certiorari denied.